■ LOUIS E. THYROFF et al., Respondents, v NATIONWIDE MUTUAL INSURANCE COMPANY et al., Appellants. [874 NYS2d 857]—Motion for reargument or leave to appeal to the Court of Ap-

peals denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.